**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

VERON BRIGGS,

Plaintiff,

1:25-cv-1219
(ECC/ML)

v.

SERGEANT PETER J. MONTANINO and
POLICE OFFICER JARED FADEN,

Defendants.

---

**Appearances:**

Veron Briggs, *Pro se Plaintiff*

**Hon. Elizabeth C. Coombe, United States District Judge:**

## MEMORANDUM-DECISION AND ORDER

Plaintiff Veron Briggs commenced this proceeding and sought leave to proceed in forma pauperis (IFP). Dkt. Nos. 1, 2. This matter was referred to United States Magistrate Judge Miroslav Lovric who, on April 23, 2026, granted Plaintiff's application to proceed IFP and issued a Report-Recommendation, recommending that Plaintiff's Complaint be accepted for filing in part and otherwise dismissed with leave to replead. Dkt. No. 4. Plaintiff filed an Amended Complaint on May 4, 2026, and the Court terminated the pending Report-Recommendation as moot. Dkt. Nos. 5, 6. The Amended Complaint was referred to Magistrate Judge Lovric who, on August 18, 2026, issued a Report-Recommendation recommending that the Amended Complaint be (1) accepted for filing to the extent it asserts 42 U.S.C. § 1983 claims for warrantless entry and false arrest in violation of the Fourth Amendment, Dkt. No. 7 at 4-6, and (2) dismissed with leave to amend to the extent it asserts 42 U.S.C. § 1983 claims for the violation of Plaintiff's due process rights under the Fifth and Fourteenth Amendments, *id.* at 6-7. Magistrate Judge Lovric advised Plaintiff that

under 28 U.S.C. § 636(b)(1), he had fourteen days within which to file written objections to the report, and that the failure to object to the report within fourteen days would preclude appellate review. *Id.* at 10. Plaintiff did not file an objection to the Report-Recommendation.

As no objection to the Report-Recommendation has been filed, and the time for filing objections has expired, the Court reviews the Report-Recommendation for clear error. *See Petersen v. Astrue*, 2 F. Supp. 3d 223, 228–29 (N.D.N.Y. 2012); Fed. R. Civ. P. 72(b) advisory committee's note to 1983 amendment. Having reviewed the Report-Recommendation for clear error, the Court adopts the Report-Recommendation in its entirety.

For these reasons, it is hereby

**ORDERED** that Magistrate Judge Lovric's Report-Recommendation, Dkt. No. 7, is **ADOPTED,** and it is further

**ORDERED** that Plaintiff's Amended Complaint, Dkt. No. 5, is accepted for filing to the extent that it asserts 42 U.S.C. § 1983 claims for warrantless entry and false arrest in violation of the Fourth Amendment; and it is further

**ORDERED** that Plaintiff's Amended Complaint, Dkt. No. 5, is otherwise **DISMISSED,** without prejudice and with leave to amend with respect to Plaintiff's 42 U.S.C. § 1983 claims for the violation of Plaintiff's due process rights under the Fifth and Fourteenth Amendments; and it is further

**ORDERED** that any amended pleading must be filed **within thirty (30) days** of the date of this Order. If Plaintiff chooses to file a Second Amended Complaint, it must be a complete pleading which will replace the claims submitted in Plaintiff's Amended Complaint, and it is further

**ORDERED** that if Plaintiff files a timely Second Amended Complaint, it shall be referred

to Magistrate Judge Lovric for review; and if Plaintiff chooses not to file a Second Amended Complaint, this matter shall be referred to Magistrate Judge Lovric for an order directing service of the Amended Complaint on the Defendants as to Plaintiff's surviving claims; and it is further

**ORDERED** that the Clerk serve a copy of this Order on Plaintiff in accordance with the Local Rules.

**IT IS SO ORDERED.**

Date: October 23, 2026

Elizabeth C. Coombe
U.S. District Judge